1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  ARVIN C. LUGAY (SBN 242599)
   alugay@snllp.com
3  R. TRAVIS CAMPBELL (SBN 271580)
   tcampbell@snllp.com
4  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
5  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
6  Facsimile:  (415) 352-2625

7  Attorneys for defendant
   Midland Funding, LLC

8

9                 UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11

12  SHELLY SHANNON, individually      )   CASE NO.: 11CV-0239 MMA NLS
    and on behalf of others similarly )
13  situated                          )
                                      )   **DECLARATION OF PAT MINFORD**
14              Plaintiffs,           )   **IN SUPPORT OF DEFENDANT'S**
                                      )   **MOTION TO COMPEL**
15         vs.                        )   **ARBITRATION**
                                      )
16                                    )   Date: September 12, 2011
                                      )   Time: 2:30 p.m.
17  MIDLAND FUNDING, LLC,             )   Crtrm.: 5
                                      )
18              Defendant.            )   The Honorable Michael M. Anello
                                      )
19  ─────────────────────────────    )

20

21

22

23

24

25

26

27

28

I, Pat Minford, hereby declare as follows:

1.      I am authorized to make this declaration on behalf of defendant Midland Funding LLC ("Midland Funding").  I am currently employed as the Senior Manager, Business Development Process for Midland Credit Management, Inc. ("Midland Credit").  In this capacity, I am responsible for, among other things, maintaining and overseeing "media," i.e., the loan agreements, account purchase and transfer information, debt collection records and other account information pertinent to accounts and debts that Midland Credit manages for Midland Funding.  I make this Declaration from my own personal knowledge of the matters set forth herein, or on information and belief based upon my review of the business records of Midland Credit, which records were made by, or from information transmitted by a person with knowledge of the events described therein, at or near the time of the event described, and which are kept in the ordinary course of the regularly conducted business activity of such person and Midland Credit, and for which it is the regular practice of that business activity to make such records.  If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.      On about December 17, 2008, pursuant to a written Purchase and Sale Agreement, Midland Funding purchased a pool of charged-off accounts from Citibank (South Dakota), N.A. ("Citibank"), and through that transaction Midland Funding acquired all right, title and interest in an account that had been originally issued by Citibank to plaintiff Shelley Shannon ("Shannon"), account no. XXX-XXXX-XXX-1390 (the "Account").  A true and correct copy of the Bill of Sale, Assignment and Assumption Agreement ("Bill of Sale") governing the sale is attached hereto as **Exhibit A.**

3.      I have personally reviewed the Purchase and Sale Agreement as well as the seller data file that was delivered by Citibank in connection with that Agreement which contained the account data for all of the accounts in the portfolio.  I have confirmed that Shannon's account referenced above was among the accounts

1   purchased by Midland Funding.  Attached hereto as **Exhibit B** is a true and correct

2   copy of the exact account data that was transferred to Midland Funding by Citibank

3   pursuant to the Agreement.  The data has been partially redacted, however, to protect

4   Shannon's privacy.

5        I declare under penalty of perjury, under the laws of the State of California and

6   the United States, that the foregoing is true and correct.  Executed this 13TH day of

7   July, 2011 at San Diego, California.

8

9   _____

10   Pat Minford

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

## BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated as of December 19, 2008, between Citibank (South Dakota), N.A., a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD  57117 (the "Bank") and Midland Funding LLC ("Buyer"), organized under the laws of the State of Delaware, with its headquarters/principal place of business at 8875 Aero Drive, Suite 200, San Diego, CA  92123.

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated December 17, 2008, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Section 1.2 of the Agreement.

This Bill of Sale, Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility.

**Citibank (South Dakota), N.A.**

By:_____
(Signature)

Name:_  Douglas C. Morrison_

Title:_  Vice President & CFO_

**Midland Funding LLC**

By:_____
(Signature)

Name:_____

Title:_____

Exhibit B

| | |
|---|---|
| SALE ID | SearsEO120408 |
| ACCOUNT NUMBER | Redacted 1390 |
| TRANSFER ACCOUNT NUMBER | |
| LENDING LEVEL 1 | CPLR |
| DEBTOR FIRST NAME | SHELLEY E |
| DEBTOR MIDDLE NAME | |
| DEBTOR LAST NAME | SHANNON |
| DEBTOR ADDRESS 1 | Redacted |
| DEBTOR ADDRESS 2 | |
| DEBTOR CITY | VISTA |
| DEBTOR STATE | CA |
| DEBTOR ZIP CODE | Redacted |
| COUNTRY | |
| DEBTOR SSN | Redacted |
| DEBTOR BIRTHDAY | Redacted |
| DEBTOR HOME PHONE | Redacted |
| DEBTOR ALTERNATE PHONE | 0000000000 |
| JOINT INDICATOR | |
| JOINT CARD HOLDER | |
| JOINT CARD HOLDER SSN | |
| APR | 0 |
| OPEN DATE | 20060211 |
| MASDCO | 20080704 |
| MASCOA | 4092.27 |
| MASLPD1 | 20080101 |
| MASLPA | 150 |
| ACCTBAL | 4022.91 |
| CREDIT LIMIT | 3450 |
| LAST PURCHASE DATE | 20070812 |

| | |
|---|---|
| LAST PURCHASE AMOUNT | |
| LAST CASH ADVANCE DATE | |
| LAST CASH ADVANCE AMOUNT | |
| CBR FLAG | 1 |
| DATE OF LAST STATUS CHANGE | 20081004 |
| DATE OF LAST NAME CHANGE | |
| RMS RECOVERER CODE | PSKP |
| RMS LOAN TYPE | MAST |
| OFFICER CODE DESCRIPTION | SEARS PREMIER CARD |
| HIGH BALANCE | |
| DATE OF ORIGINAL DELINQUENCY | 20080415 |
| TRUST ID | 00003205 |
| BUYERS CODE | MICR |
| ACCOUNT STATUS CODE | 009 |
| LENDING LEVEL 2 | SPLR |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby declare:

I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen and not a party to the within-entitled action. My business address is:  44 Montgomery Street, Suite 3010, San Francisco, CA 94104.

On July 15, 2011, I served a copy of the within document by electronic transmission.  I hereby certify that the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties on the electronic service list maintained for this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 15th day of July, 2011 at San Francisco, California.


                                                   /s/ Tomio B. Narita
                                                  Tomio B. Narita