1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  ARVIN C. LUGAY (SBN 242599)
   alugay@snllp.com
3  R. TRAVIS CAMPBELL (SBN 271580)
   tcampbell@snllp.com
4  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
5  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
6  Facsimile:  (415) 352-2625

7  Attorneys for defendant
   Midland Funding, LLC

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

12  SHELLY SHANNON, individually    )  CASE NO.: 11CV-0239 MMA NLS
    and on behalf of others similarly )
13  situated                        )
                                    )  **DECLARATION OF ELIZABETH S.**
14            Plaintiffs,           )  **BARNETTE IN SUPPORT OF**
                                    )  **DEFENDANT'S MOTION TO**
15                                  )  **COMPEL ARBITRATION**
         vs.                        )
16                                  )  Date: September 12, 2011
                                    )  Time: 2:30 p.m.
17  MIDLAND FUNDING, LLC,           )  Crtrm.: 5
                                    )
18            Defendant.            )  The Honorable Michael M. Anello
                                    )
19  _____    )

20

21

22

23

24

25

26

27

28

I, ELIZABETH S. BARNETTE, hereby declare as follows:

1.      I am an officer of Citibank, N.A., successor in interest to Citibank (South Dakota), N.A. ("Citibank").  Citibank is a national banking association  located in Sioux Falls, South Dakota.  Citibank (South Dakota), N.A. merged into Citibank, N.A. effective July 1, 2011.  I have been employed by Citibank, N.A., or its predecessors or affiliates since May 1996.  I am authorized to execute Declarations and Affidavits in connection with credit card accounts, including the account at issue here, issued by Citibank.  I am familiar with the ongoing credit card business operations and practices of Citibank, including with respect to credit card agreements for certain types of accounts issued by Citibank.  I have access to the business records relating to the credit card accounts including, in particular, the records of cardmember accounts, including the credit card account(s) issued by Citibank to the plaintiff in this action, Shelley Shannon.

2.      The exhibits to this declaration are all true and correct business records created and maintained by Citibank, or its affiliates, in the course of regularly conducted business activity, and as part of the regular practice of Citibank to create and maintain such records, and also were made at the time of the act, transaction, occurrence or event or within a reasonable time thereafter.  Certain information on the Exhibits has been redacted to protect Ms. Shannon's privacy.  The statements set forth in this declaration are true and correct to the best of my knowledge, information and belief.  The statements contained herein are based on my personal knowledge or review of Citibank's records, including records pertaining to the credit card account issued to Ms. Shannon.  If called as a witness, I am competent to testify to the statements contained herein.

3.      Citibank is the issuer of a Sears-branded credit card account currently ending in 1390 (the "Account") issued to Ms. Shannon.  Citibank sold the Account to Midland Funding, LLC in or about December 2008, after the Account was closed due

to non-payment.  Before the Account was closed, it could be used to make purchases at Sears and Kmart stores throughout the United States.  Based on Citibank's records for the Account, the Account is subject to an arbitration agreement.

4.    The Account is subject to written terms and conditions that are reflected in a Card Agreement, as amended from time to time.  Based on Citibank's records for the Account, attached hereto as Exhibit 1 is an exemplar of the form of Card Agreement that was sent to Ms. Shannon in February 2006, when the Account was opened.  The Card Agreement includes an arbitration agreement.

5.    Citibank's records reflect that Ms. Shannon used the Account by making purchases on the Account after it was open.  For example, a copy of the transaction detail for Ms. Shannon's September 5, 2007, periodic billing statement reflecting her use of the Account is attached hereto as Exhibit 2.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct.  Executed this 5th day of July, 2011 at Jacksonville, Florida.


_____
ELIZABETH S. BARNETTE

SHANNON V. MIDLAND FUNDING, LLC (CASE NO. 11CV-0239-MMA-NLS)
ELIZABETH S. BARNETTE DECLARATION IN SUPPORT OF
MIDLAND'S MOTION TO COMPEL ARBITRATION

2

Exhibit 1

RICA_SearsPrem_ECM-ACQ.p3  9/15/05  11:14 PM  Page 1

# CARD AGREEMENT

This document and the accompanying Supplemental Pricing Information ("Supplement") together make up your Card Agreement and throughout this document are referred to as Agreement or Card Agreement. The Supplement contains important account information, including your annual percentage rates. Please read and keep both the Supplement and this document for your records. This Agreement is binding on you unless you cancel your account within 30 days after receiving the card and you have not used or authorized use of your account.

To simplify this Agreement for you, the following definitions will apply. The words *you, your, yours,* and *accountholder* mean all persons responsible for complying with this Agreement, including the person, and any co-applicant, who applied to open the account and the person to whom we address account statements. The word *card* means one or more cards or other access devices, such as account numbers, that we have issued to permit you to obtain credit under this Agreement. The words *we, us,* and *our* mean Citibank USA, N.A., the issuer of your account. *Sears* means Sears Holdings Corporation and its participating affiliates, subsidiaries and licensees. The words *authorized user* mean any person to whom you give permission to use your account. External purchase or External transaction means any purchase or transaction involving a non Sears entity. Balance transfers will be treated as External purchases unless otherwise provided in this Agreement. Sears purchase or Sears transaction means any purchase or transaction involving a Sears entity.

## Using Your Account and Your Credit Line:

The card must be signed to be used. Whether you sign the card or not, you are fully responsible for complying with all the terms of this Agreement, including the obligation to pay us for all balances due on your account as specified in this Agreement. Your card must only be used for lawful transactions.

We will notify you separately if your account has a cash access feature. If it does, a portion of your credit line, called the cash access line, is available for cash access transactions. At our discretion, we may change your credit line or cash access line at any time. We will notify you of any new line either by sending you a notice or through your account statement. A change may take effect before you receive notification from us. You may request a change to your credit line or cash access line by contacting Customer Service by telephone or mail.

The full amount of your credit line is available to buy or lease goods or services wherever the card is honored. Your cash access line is available for cash through any bank or automated teller machine that accepts the card or by using convenience checks. The total amount charged on your account, including

***RICA:*** **Sears Premiere ECM-ACQ**          09/05
**3RD PROOF — 9/15/2005**          WLCR #CC0716

purchases, balance transfers, cash access transactions, finance charges, fees, or other charges, must always remain below your credit line. However, if that total amount exceeds your credit line you must still pay us. We may approve transactions that cause you to exceed your credit line without waiving any of our rights under this Agreement.

If this is a joint account, each of you, together and individually, is responsible for all amounts owed, even if the account is used by only one of you. Each of you will continue to be liable for the entire balance of the account, even if one of you is ordered by a court to pay us. Each of you will remain liable to us if one of you fails to pay us as ordered by the court, and the status of the account will continue to be reported to the credit bureau under each of your names. The delivery of notices or account statements to any of you constitutes delivery to each of you. We may rely on instructions given by any of you, and we are not liable to any of you for relying upon such instructions.

### Additional Cards:

You may request additional cards on your account for yourself or others and you may permit an authorized user to have access to the card or account number. Any authorized user may use the account, and may take any action on the account that you could take, either on behalf of yourself or the authorized user. You understand that: (i) this Agreement controls all charges made on the account by any authorized user; (ii) you are responsible for and will pay all charges made by any authorized user including charges for which you may not have intended to be responsible; (iii) we may disclose information about the account to any authorized user; (iv) any authorized user is your agent for purposes of managing the account to the same extent you can manage the account, subject to such limitations as we may impose. You must notify us to revoke an authorized user's permission to use the account. If you do so, you will retrieve the card from any authorized user and destroy the card or we may close the account and issue a new card or cards with a different account number. You are responsible for the use of each card issued on your account according to the terms of this Agreement.

### Membership Fee:

The Supplement indicates whether your account is subject to a membership fee. If it is, the fee is added to the regular Sears purchase balance and is non-refundable unless you notify us to cancel your account within 30 days from the mailing or delivery date of the account statement on which the fee is billed.

### Billing:

Your account statement shows the account balance, any finance charges, fees, the total minimum due, and the payment due date. It also shows your current credit line and cash access line; an itemized list of current charges, convenience checks, payments and credits; a summary of the purchase and cash access transaction activity; and other important information including the appli-

2

RICA_SearsPrem_ECM-ACQ.p3   9/15/05   11:14 PM   Page 3

cable rates and finance charges. If we deem your account uncollectible or if we institute delinquency collection proceedings by sending it to an outside collection agency or attorney for collection, we may, in our sole discretion, stop sending you account statements. However, finance charges and fees will continue to accrue whether or not we send you account statements.

You must notify us of a change in your address by contacting Customer Service by telephone or mail. We will mail or deliver the account statement to only one address.

### How We Determine the Balance:

The total outstanding balance (the amount you owe us) appears as the "Account Balance" on the account statement. To determine the Account Balance, we begin with the outstanding balance on your account at the beginning of each billing cycle, called the "Previous Balance" on your account statement. We add any purchases, cash access transactions, debits, or other charges and subtract any credits or payments credited as of that billing cycle. We then add the appropriate finance charges and fees and make other applicable adjustments.

### Annual Percentage Rates for Purchases and Cash Access:

Your annual percentage rates and the corresponding daily periodic rates appear on the Supplement. A daily periodic rate is the applicable annual percentage rate divided by 365. Whether or not an annual percentage rate is based on the U.S. Prime Rate plus a margin is indicated on the Supplement. Please see the section entitled "Variable Annual Percentage Rates for Purchases and Cash Access" for details relating to how these rates may change, including if you default under any Card Agreement that you have with us.

### Variable Annual Percentage Rates for Purchases and Cash Access:

If any annual percentage rate is based on the U.S. Prime Rate plus a margin, we will calculate the rate for each billing cycle by adding the applicable margin that appears on the Supplement to the U.S. Prime Rate. For each billing cycle we will use the U.S. Prime Rate published in The Wall Street Journal two business days prior to your Billing Cycle Closing Date for that billing cycle. Any increase or decrease in a variable annual percentage rate due to a change in the U.S. Prime Rate takes effect as of the first day of the billing cycle for which we calculate the variable annual percentage rate. If more than one U.S. Prime Rate is published, we may choose the highest rate. If The Wall Street Journal ceases publication or to publish the U.S. Prime Rate, we may use the U.S. Prime Rate published in any other newspaper of general circulation, or we may substitute a similar reference rate at our sole discretion. When a change in an applicable variable annual percentage rate takes effect we will apply it to any existing balances, subject to any promotional rate that may apply.

3

Your annual percentage rates may also vary if you default under any Card Agreement that you have with us because you fail to make a payment to us when due, you exceed your credit line, or you make a payment to us that is not honored. In such circumstances, we may increase your annual percentage rates (including any promotional rates) on all balances to a variable default rate of up to 22.15% plus the applicable U.S. Prime Rate. The maximum variable default rate currently in effect and the corresponding daily periodic rate appear on the Supplement. Factors considered in determining your variable default rate may include how long your account has been open, the timing or seriousness of a default under any Card Agreement that you have with us or other indications of account performance. The variable default rate takes effect as of the first day of the billing cycle in which you default. Your account may again become eligible for a lower annual percentage rate on new and existing purchases and cash access transactions after you have met the terms of all Card Agreements that you have with us for six consecutive billing cycles, unless we tell you otherwise.

An increase in the variable annual percentage rate means you will incur a higher finance charge and perhaps a higher minimum payment.

### Promotional Rate Offers:

From time to time at our discretion, we may offer special promotions under which purchases of goods or services, balance transfers, or cash access transactions may be billed to your account with special promotional terms. These special promotions include special promotional purchase offers including, but not limited to, the No Finance Charge and Deferred Payments offers described below. The finance charges, minimum payment, and other terms for special promotions may differ from the standard terms described in this Agreement and as may be shown on your account statement. The standard terms of this Agreement apply to any special promotion, except where changed by the special promotion. Except to the extent modified by the terms of the special promotion, standard terms will continue to apply to any and all transactions that are not subject to a special promotion. If you elect a special promotion, you agree to the terms of the promotion and understand that any unpaid balance related to the special promotion will be subject to the standard terms for regular Sears purchases, regular External purchases, or cash access transactions when the promotional period ends. The duration of the promotional period for the No Finance Charge and Deferred Payments offers will be as specified in the promotional offer. We are not required to give you advance notice before resuming or starting to bill you according to the standard terms described in this Agreement. The promotional offer will terminate if, at any time during the billing cycle in which you make the transaction that may be subject to the offer, or at any time during the promotional period, you default under any Card Agreement that you have with us because you fail to make a payment to us when due, you exceed your credit line, or you make a payment to us that is not honored.

4

RICA_SearsPrem_ECM-ACQ_p3  9/15/05   11:14 PM   Page 5

In this Agreement "No Finance Charge" offers include the following:

• No Interest No Payments — No finance charges are imposed and no minimum payments are required on this balance during the promotional period.

• No Interest With Payments — No finance charges are imposed during the promotional period. Minimum payments are required on this promotional balance.

In this Agreement a "Deferred Payments" offer is an offer in which finance charges are assessed and imposed on the balance during the promotional period. No minimum payments are required on this balance during the promotional period.

### *Finance Charges:*

Finance charges for purchases, balance transfers, and cash access transactions will begin to accrue from the date the transaction is added to the daily balance, as described below, and continue to accrue until payment in full is credited to your account. However, if you paid the total Account Balance, if any, listed on the last account statement, less any No Finance Charge balance that expires after the payment due date, by the payment due date on that statement you will have until the payment due date on your current statement to pay your total Account Balance less any No Finance Charge balance that expires after the payment due date, to avoid imposition of additional finance charges on purchases (excluding balance transfers). If you have accepted certain balance transfer offers for which you may be eligible, you may not be able to avoid additional finance charges on purchases, as described in your balance transfer offer.

We will calculate a portion of the finance charge on your account as follows:

• We calculate periodic rate finance charges separately for each balance (e.g. regular Sears purchases, regular External purchases, Old Balances, and Cash Access transactions). In addition, we may offer special promotions subject to different terms. The periodic rate finance charges for each promotional balance subject to different terms will also be calculated separately. For periodic rate finance charge calculation purposes, Deferred Payments balances are treated like regular Sears purchases unless otherwise specified in connection with a particular promotional offer. The periodic rate finance charges are calculated for each balance on the account by (i) taking each daily balance, (ii) multiplying that daily balance by the applicable daily periodic rate, and (iii) adding together the resulting amounts for each day in the billing cycle. The total periodic rate finance charge for the billing cycle is the sum of the periodic rate finance charges for each balance, rounded to the next highest cent. You may calculate the periodic finance charge (except for minor variations due to rounding) by (i) taking the Average Daily Balance for each balance, and (ii) multiplying that Average Daily Balance by the applicable periodic rate, and (iii) multiplying that amount by the number of days in the billing cycle. This method of calculating the balance subject

5

to finance charge and the periodic rate finance charges results in daily compounding of finance charges.

• To determine the daily balance for each balance on the account, we take the beginning balance for each balance each day which may include unpaid finance charges from previous billing cycles, add any new transactions for that balance and any unpaid finance charges accrued from the previous day on that balance, deduct payments and credits posted as of that day to that balance, and make other adjustments. A credit balance is treated as a balance of zero. New transactions are included in the daily balance from the later of the transaction date or the first day of the billing cycle in which they are posted to the account. For balance transfers, the transaction date is the date we receive your request for the balance transfer.  Cash Access Transaction Fees, insurance charges, AccountCare® fees, Late Payment Fees, Returned Payment Fees, and all other fees are included in the daily balance of regular Sears purchases as of the date they are posted to the account. Balance transfers are included in the daily balance for regular External purchases on the day after the promotional period expires. No Finance Charge balances are included in the daily balance for regular Sears purchases on the day the promotional period expires. If, however, any No Finance Charge offer is terminated because of default (as described above) any No Finance Charge balances will be included in the daily balance for regular Sears purchases as of the last day of the billing cycle in which you default.

• For finance charge calculation purposes, the billing cycle begins on the day after the Billing Cycle Closing Date of the previous billing cycle and includes the Billing Cycle Closing Date of the current billing cycle. The number of days in the billing cycle may vary.

### Transaction Fee for Cash Access:

You have obtained a cash access transaction or balance transfer for which we assess a cash access transaction fee if you obtain funds from an automated teller machine (ATM), through a convenience check, through home banking, or through a financial institution; make a wire transfer; transfer a balance; acquire a money order, traveler's check, lottery ticket, betting or casino chip, or similar item; or engage in another similar transaction. For each cash access transaction or balance transfer, we add an additional **FINANCE CHARGE** of 3.0% of the cash access transaction or balance transfer amount, but not less than $5. This fee will be added to the regular Sears purchase balance. (The amount of the cash access transaction may include a surcharge that the ATM owner imposes.) The cash access transaction fee may cause the annual percentage rate on the account statement on which the cash access transaction or balance transfer first appears to exceed the nominal annual percentage rate.

### Minimum Finance Charge:

If finance charges are being added to your account, but the total of such finance charges is less than $1.00, we assess a minimum

6

**FINANCE CHARGE** of $1.00. We add the amount to the balance that is being assessed a finance charge. If more than one balance is assessed a finance charge, we may add the minimum finance charge to any such balance at our discretion.

### Credit Balance:

You may not maintain a credit balance on your account in excess of your assigned credit line. We will return to you any credit amount over $1.00 if the amount has been on your account longer than three months. You may request a refund of a credit balance at any time. We may reduce the amount of any credit balance by the amount of new charges billed to your account.

### Transactions Made in Foreign Currencies:

If you use the account in a currency other than U.S. dollars, Sears or its affiliates will convert the charge into a U.S. dollar amount. The amount posted to your account will be at the exchange rate determined by Sears or its affiliates, using their currency conversion rate procedures in effect at the time the transaction is converted. Currently, the currency conversion rate is either a (1) retail market rate or (2) a government-mandated rate in effect on the date of conversion. The currency conversion rate calculated in this manner that is in effect on the conversion date may differ from the rate in effect on the transaction date or the posting date.

### Total Minimum Due:

The Total Minimum Due is based on the "Calculated Account Balance" (the current Account Balance, as shown on your account statement, less any Deferred Payments balances, No Interest No Payments balances, or other promotional balances where the terms of the promotional offer do not require a payment). Each billing cycle you must pay the Total Minimum Due which equals the Calculated Minimum Payment, plus: (a) any applicable insurance charges or AccountCare fees assessed that billing cycle; and (b) any past due amount. Your Calculated Minimum Payment each billing cycle will be the greatest of: (i) $10.00; (ii) 1% of the Calculated Account Balance (which calculation is rounded to the next higher whole dollar amount) plus the amount of your billed finance charges and any applicable late fee; or (iii) 1.5% of the Calculated Account Balance (which calculation is rounded to the next higher whole dollar amount). However, if your Calculated Account Balance is less than $10.00, your Total Minimum Due will be your Calculated Account Balance. The Total Minimum Due will never exceed your Calculated Account Balance.

### Payments:

You must pay at least the Total Minimum Due by the payment due date, and you may pay more at any time without a penalty. If you pay more than your Calculated Minimum Payment we may apply any excess to future Calculated Minimum Payments for up to two billing cycles. If we do, this will reduce the Calculated Minimum Payment you would otherwise be required to pay. We will continue to assess finance charges as applicable.

7

The Account Balance shown on your account statement may include amounts subject to different periodic rates. You authorize us to allocate your payments and credits in a way that is most favorable or convenient for us, which may include allocating such payments and credits to pay off balances at low periodic rates before paying off balances at higher periodic rates and allocating payments or credits to pay off longer promotional period balances before shorter promotional period balances. The sooner you pay the Account Balance, the less you will pay in finance charges.

Instructions for making payments are on your account statement. In order to be credited as of a particular day, your payment must be received in the form specified, and by the hour specified, in those instructions. Do not send cash payments. We can accept late or partial payments, as well as payments that reflect "paid in full" or other restrictive endorsements, without losing any of our rights under this Agreement. You agree to pay us in U.S. dollars drawn on funds on deposit in the United States using a payment check, similar instrument, or automatic debit that will be processed and honored by your bank. We reserve the right to accept payments made in foreign currency and instruments drawn on funds on deposit outside the United States. If we do, we will select the effective currency conversion rate at our discretion and credit your account in U.S. dollars after deducting any fees or costs incurred in connection with processing your payment. If such fees or costs are not fully deducted at the time your account is credited for a payment, we will bill you separately for them.

### Late Payment Fee:

We will add a late payment fee to the regular Sears purchase balance for each billing cycle you fail to pay, by its due date, the Total Minimum Due. This late payment fee is based on the Account Balance at the time the late payment fee is added. The late payment fee is: $15 on balances up to $50, $29 on balances of $50 up to $1000, and $35 on balances of $1000 and over.

### Returned Payment Fee:

We will add a $25 fee to the regular Sears purchase balance when a payment check or similar instrument is not honored, when we must return it because it cannot be processed, or when an automatic debit is returned unpaid. At our option, we will assess this fee the first time your check or payment is not honored, even if it is honored upon resubmission.

### Convenience Checks:

Convenience checks may be used to purchase goods and services, to transfer balances from others, or to obtain funds up to the amount of your available cash access line unless that amount will cause the total balance to exceed your credit line. We will treat convenience checks as a cash access transaction and charge them against your cash access line. Each convenience check must be in the form we have issued and must be used according

8

RICA_SearsPrem_ECM-ACQ_p? 9/15/05 11:14 PM Page 9

to any instructions we give you. Convenience checks may be used only by the person whose name is printed on them. Convenience checks may not be used to pay any amount owed to us under this or any other Card Agreement that you have with us. We will not certify any convenience checks, nor will we return paid convenience checks.

### Returned Convenience Check Fee:

We will add a $25 fee to the regular Sears purchase balance if we decline to honor a convenience check. We may decline to honor such checks if, for example, the amount of the check would cause the balance to exceed your cash access line or credit line, if you default, if you did not comply with our instructions regarding the check, if your account has been closed, or if the card has expired.

### Stop Payment Fee:

We will add a $25 fee to the regular Sears purchase balance when payment of a convenience check is stopped at your request. You may stop payment on convenience checks by calling us at the Customer Service telephone number listed on the account statement. If you call, you must confirm the call in writing within 14 days. A written stop payment order will remain in effect for six months unless renewed in writing.

Once a charge is made through the use of the card or account number we cannot "stop payment" on the charge. If there is a dispute involving a charge on your account, please refer to the section entitled "What To Do If There's An Error In Your Bill".

### Lost or Stolen Cards, Account Numbers, or Convenience Checks:

If any card, account number, or check is lost or stolen or if you think someone used or may use them without your permission, notify us at once by calling the Customer Service telephone number shown on the account statement or the number obtained by calling toll-free or local Directory Assistance. We may require you to provide certain information in writing to help us find out what happened, and to comply with such procedures as we may require in connection with our investigation. Don't use the card, account number, or any checks after we've been notified, even if they are found or returned. You may be liable for unauthorized use of the account, but not for more than $50. You won't be liable for unauthorized purchases or cash access transactions made after we've been notified of the loss or the theft; however, you must identify for us the charges on the account statement that were not made by you, or someone authorized by you, and from which you received no benefit.

### Default:

You default under this Agreement if you fail to pay, by its payment due date, the Total Minimum Due listed on each account statement; file for bankruptcy; exceed your credit line; pay by a check or similar instrument that is not honored or that we must return because it cannot be processed; pay by automatic debit

9

that is returned unpaid; or default under any other Card Agreement that you have with us. If you default, we may close your account and demand immediate payment of the total balance.

### Preauthorized Charges:

If you default, if the card is lost or stolen, or we change your account or account number for any reason, we may suspend automatic charges on that account to third party vendors for insurance premiums or other goods or services. If preauthorized charges are suspended, you must contact the third party vendor to reinstate them. You are responsible for making direct payment for such charges until you reinstate automatic charges.

### Collection Costs:

If we refer collection of your account to a lawyer who is not our salaried employee, you will be liable for any reasonable attorney's fees we incur, plus the costs and expenses of any legal action, to the extent permitted by law.

### ARBITRATION:

**PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY. IT PROVIDES THAT ANY DISPUTE MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY AND THE RIGHT TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.**

### Agreement to Arbitrate:

Either you or we may, without the other's consent, elect mandatory, binding arbitration for any claim, dispute, or controversy between you and us (called "Claims").

### Claims Covered:

• **What Claims are subject to arbitration?** All Claims relating to your account, a prior related account, or our relationship are subject to arbitration, including Claims regarding the application, enforceability, or interpretation of this Agreement and this arbitration provision. All Claims are subject to arbitration, no matter what legal theory they are based on or what remedy (damages, or injunctive or declaratory relief) they seek. This includes Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; and Claims made independently or with other claims. A party who initiates a proceeding in court may elect arbitration with respect to any Claim advanced in that proceeding by any other party. Claims and remedies sought as part of a class action, private attorney general or other representative action are subject to arbitration

10

RICA_SearsPrem_ECM-ACQ_p3  9/15/05  11:14 PM  Page 11

on an individual (non-class, non-representative) basis, and the arbitrator may award relief only on an individual (non-class, non-representative) basis.

• **Whose Claims are subject to arbitration?** Not only ours and yours, but also Claims made by or against anyone connected with us or you or claiming through us or you, such as a co-applicant or authorized user of your account, an employee, agent, representative, affiliated company, predecessor or successor, heir, assignee, or trustee in bankruptcy.

• **What time frame applies to Claims subject to arbitration?** Claims arising in the past, present, or future, including Claims arising before the opening of your account, are subject to arbitration.

• **Broadest interpretation.** Any questions about whether Claims are subject to arbitration shall be resolved by interpreting this arbitration provision in the broadest way the law will allow it to be enforced. This arbitration provision is governed by the Federal Arbitration Act (the "FAA").

• **What about Claims filed in Small Claims Court?** Claims filed in a small claims court are not subject to arbitration, so long as the matter remains in such court and advances only an individual (non-class, non-representative) Claim.

### How Arbitration Works:

• **How does a party initiate arbitration?** The party filing an arbitration must choose one of the following two arbitration firms and follow its rules and procedures for initiating and pursuing an arbitration: American Arbitration Association and National Arbitration Forum. Any arbitration hearing that you attend will be held at a place chosen by the arbitration firm in the same city as the U.S. District Court closest to your then current billing address, or at some other place to which you and we agree in writing. You may obtain copies of the current rules of each of the arbitration firms and forms and instructions for initiating an arbitration by contacting them as follows:

American Arbitration Association
335 Madison Avenue, Floor 10
New York, NY 10017-4605
Web site: www.adr.org

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405
Web site: www.arbitration-forum.com

At any time you or we may ask an appropriate court to compel arbitration of Claims, or to stay the litigation of Claims pending arbitration, even if such Claims are part of a lawsuit, unless a trial has begun or a final judgment has been entered. Even if a party fails to exercise these rights at any particular time, or in connection with any particular Claims, that party can still require arbitration at a later time or in connection with any other Claims.

11

RICA_SearsPrem_ECM-ACQ_p2   9/15/05   11:14 PM   Page 12

• **What procedures and law are applicable in arbitration?** A single, neutral arbitrator will resolve Claims. The arbitrator will be either a lawyer with at least ten years experience or a retired or former judge, selected in accordance with the rules of the arbitration firm. The arbitration will follow procedures and rules of the arbitration firm in effect on the date the arbitration is filed unless those procedures and rules are inconsistent with this Agreement, in which case this Agreement will prevail. Those procedures and rules may limit the discovery available to you or us. The arbitrator will take reasonable steps to protect customer account information and other confidential information if requested to do so by you or us. The arbitrator will apply applicable substantive law consistent with the FAA and applicable statutes of limitations, will honor claims of privilege recognized at law, and will have the power to award to a party any damages or other relief provided for under applicable law. You or we may choose to have a hearing and be represented by counsel. The arbitrator will make any award in writing and, if requested by you or us, will provide a brief statement of the reasons for the award. An award in arbitration shall determine the rights and obligations between the named parties only, and only in respect of the Claims in arbitration, and shall not have any bearing on the rights and obligations of any other person, or on the resolution of any other dispute.

• **Who pays?** Whoever files the arbitration pays the initial filing fee. If we file, we pay; if you file, you pay, unless you get a fee waiver under the applicable rules of the arbitration firm. If you have paid the initial filing fee and you prevail, we will reimburse you for that fee. If there is a hearing, we will pay any fees of the arbitrator and arbitration firm for the first day of that hearing. All other fees will be allocated as provided by the rules of the arbitration firm and applicable law. However, we will advance or reimburse your fees if the arbitration firm or arbitrator determines there is good reason for requiring us to do so, or if you ask us and we determine there is good reason for doing so. Each party will bear the expense of that party's attorneys, experts, and witnesses, and other expenses, regardless of which party prevails, but a party may recover any or all expenses from another party if the arbitrator, applying applicable law, so determines.

• **Who can be a party?** Claims must be brought in the name of an individual person or entity and must proceed on an individual (non-class, non-representative) basis. The arbitrator will not award relief for or against anyone who is not a party. If you or we require arbitration of a Claim, neither you, we, nor any other person may pursue the Claim in arbitration as a class action, private attorney general action or other representative action, nor may such Claim be pursued on your or our behalf in any litigation in any court. Claims, including assigned Claims, of two or more persons may not be joined or consolidated in the same arbitration. However, applicants, co-applicants, authorized users on a single account and/or related accounts, or corporate affiliates are here considered as one person.

• **When is an arbitration award final?** The arbitrator's award is

final and binding on the parties unless a party appeals it in writing to the arbitration firm within fifteen days of notice of the award. The appeal must request a new arbitration before a panel of three neutral arbitrators designated by the same arbitration firm. The panel will consider all factual and legal issues anew, follow the same rules that apply to a proceeding using a single arbitrator, and make decisions based on the vote of the majority. Costs will be allocated in the same way they are allocated for arbitration before a single arbitrator. An award by a panel is final and binding on the parties after fifteen days has passed. A final and binding award is subject to judicial review and enforcement as provided by the FAA or other applicable law.

### *Survival and Severability of Terms:*
• This arbitration provision shall survive: (i) termination or changes in the Agreement, the account, or the relationship between you and us concerning the account; (ii) the bankruptcy of any party; and (iii) any transfer, sale or assignment of your account, or any amounts owed on your account, to any other person or entity. If any portion of this arbitration provision is deemed invalid or unenforceable, the entire arbitration provision shall not remain in force. No portion of this arbitration provision may be amended, severed, or waived absent a written agreement between you and us.

### *Credit Reporting:*
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected on your credit report. If you request additional cards on your account for others, you understand that we may report account information in your name as well as in the names of those other people. We may also obtain follow-up credit reports on you (for example, when we review your account for a credit line increase). If you wish to know the names of the agencies we have contacted, write us at the Customer Service address listed on the account statement. We will try to notify you by telephone or by mail of any legal process served on us in order to give you an opportunity to object to it, unless the law prohibits the notice.

If you think we reported erroneous information to a credit reporting agency, write us at P.O. Box 6923, The Lakes, NV 88901. We will promptly investigate the matter and if our investigation shows you are right, we will contact each credit reporting agency to whom we reported and will request they correct the report. If we disagree with you after our investigation, we will tell you in writing or by telephone and instruct you how to submit a statement of your position to those agencies. Your statement will become a part of your credit record with them.

### *Telephone Monitoring and Recording:*
From time to time we may monitor and record your telephone calls regarding your account with us to assure the quality of our service.

13

### Closing Your Account:

You may close your account at any time by notifying us in writing. However, you remain responsible to pay the total balance according to the terms of this Agreement. We may close your account or suspend your account privileges at any time for any reason without prior notice. We may also reissue a different card, account number, or different checks at any time. You must return the card or the checks to us upon request.

### Refusal of the Card:

We are not responsible if a transaction on your account is not approved, either by us or by a third party, even if you have sufficient credit available. We may limit the number of transactions that may be approved in one day. If we detect unusual or suspicious activity on your account, we may temporarily suspend your credit privileges until we can verify the activity.

### Changing this Agreement:

We can change this Agreement, including all fees and the annual percentage rates, at any time. We can also add or delete provisions relating to your account and to the nature, extent, and enforcement of the rights and obligations you or we may have relating to this Agreement. These changes are binding on you. However, if the change will cause a fee, rate or minimum payment to increase, we will mail you written notice at least 15 days before the beginning of the billing cycle in which the change becomes effective. If you do not agree to the change, you must notify us in writing within 25 days after the effective date of the change and pay us the total balance, either at once or under the terms of the unchanged Agreement. Unless we notify you otherwise, use of the card after the effective date of the change shall be deemed acceptance of the new terms, even if the 25 days have not expired.

### Enforcing this Agreement:

We can delay in enforcing or fail to enforce any of our rights under this Agreement without losing them.

### Assignment:

We reserve the right to assign any or all of our rights and obligations under this Agreement to a third party.

### Applicable Law:

The terms and enforcement of this Agreement shall be governed by federal law and the law of South Dakota, where we are located.

### For Further Information:

Call the Customer Service telephone number shown on the account statement. You can also call toll-free or local Directory Assistance to get our telephone number.

© 2005 Citibank USA, N.A.

14

RICA_SearsPrem_ECM-ACQ.p7   9/15/05   11:14 PM   Page 15

### Spanish Language Translation:

As a customer service, we will provide you with a copy of this Agreement in Spanish upon your request and for your convenience. If there are any discrepancies between the English language version and the Spanish version the English language versions will prevail. To obtain such a copy, you may write to us at P.O. Box 6923, The Lakes, NV 88901, or call us at 1-800-669-8488, and request a Spanish language copy of this Agreement.

Como un servicio a nuestros clientes, le proveeremos una copia de este Acuerdo en español si usted así lo solicita. Si hay cualquier discrepancia entre la versión en inglesa y la versión en español las versiones en ingles prevalecerán. Para obtener dicha copia, puede escribirnos al P.O. Box 6923, The Lakes, NV 88901, o llamarnos al 1-800-669-8488, y solicitar una versión en español de este Acuerdo.

### What To Do If There's An Error In Your Bill.

**Your Billing Rights. Keep This Notice For Future Use.**
This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us In Case of Errors or Questions About Your Bill.**
If you think your account statement is wrong, or if you need more information about a transaction on your account statement, write to us (on a separate sheet) at the address provided in the Billing Rights Summary portion on the back of your account statement. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first account statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.
• Please sign your letter.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment you must tell us at least three business days before the automatic payment is scheduled to occur.

**Your Rights and Our Responsibilities After We Receive Your Written Notice.**
We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe your account statement was correct. After we receive your letter, we cannot try to collect any amount you question, or report your account as delinquent. We can continue to bill you for the amount you question, includ-

15

ing finance charges, and we can apply any unpaid amount against your credit line. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your balance that are not in question.

If we find that we made a mistake on your account statement, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within 10 days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name and address of anyone to whom we reported your account information. We must tell anyone we report you to that the matter has been settled between us when it is finally settled.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your account statement was correct.

***Special Rule for Credit Card Purchases.***
If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right:

• You must have made the purchase in your home state or, if not within your home state, within 100 miles of your current address; and

• The purchase price must have been more than $50.

These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

© 2005 Citibank USA, N.A.
SPCCITPA7a                    Pr. 09/05  107134                    09/05

16

Exhibit 2

## Sears Premier Card®

Call us at 1-800-917-7700
Go to www.searscard.com
Write to us at PO Box 6924 The Lakes, NV 88901-6924

SHELLEY E SHANNON
Account Number: ████████ 1390
Page 1 of 2

**Payment Due Date**
10/03/07

### Your Account Summary

| | |
|---|---|
| Billing Cycle Closing Date | 09/05/07 |
| Amount Over Credit Line | $0.00 |
| Amount Past Due | $0.00 |
| Total Minimum Due | $129.21 |
| | |
| Previous Balance | $3,230.02 |
| Payments & Credits | $140.00 |
| Purchases & Debits | $186.85 |
| Other Charges | $0.00 |
| Total **FINANCE CHARGES** | $74.64 |
| Account Balance | $3,351.51 |

### Your Credit Summary

| | |
|---|---|
| Total Credit Line | $3,450.00 |
| Total Credit Available | $98.00 |



## SearsCard.com 24/7
**Manage your Sears card account**

**Pay and Save**
• Pay your Sears card bill
• Transfer a balance (subject to account eligibility)
• Get exclusive offers

**View and Print**
• View recent activity
• View up to 12 months of statements
• Print Sears store receipts

**Update and Manage**
• Update personal information
• Set up email alerts
• Replace a lost card

Go to SearsCard.com today and click "register" to sign up, FREE!

### Activity

| | Sale Date | Post Date | Description | Amount |
|---|---|---|---|---|
| | 08/09/07 | 08/09/07 | KMART 03922, OCEANSIDE CA | 155.69 |
| | 08/29/07 | 08/29/07 | PAYMENT -THANK YOU | -140.00 |
| | 09/05/07 | 09/05/07 | ACCOUNTCARE  877 524 5985 | 31.16 |

| Promotional Balances | Previous Balances | Payments & Credits | Purchases & Debits | Billed FINANCE CHARGES | Promo. Balance | Accrued FINANCE CHARGES | Exp. Date |
|---|---|---|---|---|---|---|---|
| DEFERRED INT NO PMTS | $114.39 | $0.00 | $0.00 | $0.00 | $114.39 | $5.53 | 10/01/07 |

Reminder: Your special Deferred Interest promotion expires 10/01/07 .
In order to avoid paying the accrued finance charges associated with this purchase, you must make payment(s) on your account totaling $114.39 by 5pm local time on the later of the promotion's expiration date 10/01/07 or the payment due date 10/03/07 .
Remember to pay your Total Minimum Due by the payment due date on the statement.

## Sears Premier Card®
Account Number: ████████ 1390

| Account Balance | Payment Due Date | Total Minimum Due | | Amount Enclosed |
|---|---|---|---|---|
| $3,351.51 | 10/03/07 | $129.21 | | $ |

0245001    02  1234A    07248  1 TRS006  PXG 001  7 N

SHELLEY E SHANNON
████████
VISTA CA 92084-3972

Make check payable to
SEARS CREDIT CARDS
PO BOX 6937
THE LAKES, NV 88901-6937

Please make address changes on reverse side.

200  ████████ 1390  0335151  0012921  0014000  0219

## Sears Premier Card®

Call us at 1-800-917-7700
Go to www.searscard.com
Write to us at PO Box 6924 The Lakes, NV 88901-6924

SHELLEY E SHANNON
Account Number: XXXX XXXX XXXX 1390
Page 2 of 2
245001

**Payment Due Date**

10/03/07

| Rates *Rate Varies | Balance | Average Daily Balance | Corresponding ANNUAL PERCENTAGE RATE | Periodic Rate D=Day M=Month | Periodic FINANCE CHARGE |
|---|---|---|---|---|---|
| **SEARS** | | | | | |
| REGULAR | $3,237.12 | $3,249.89 | 25.40% * | .0696%(D) * | $74.64 |
| DEFERRED INT NO PMTS | $114.39 | $118.51 | 25.40% * | .0696%(D) * | $0.00 |
| **EXTERNAL** | | | | | |
| REGULAR | $0.00 | $0.00 | 25.40% * | .0696%(D) * | $0.00 |
| **CASH ACCESS** | | | | | |
| REGULAR | $0.00 | $0.00 | 26.40% * | .0724%(D) * | $0.00 |
| Days in Billing Period: 33 | Effective ANNUAL PERCENTAGE RATE: 25.40% | | | Minimum FINANCE CHARGE: $0.00 | |

### Cardmember News

Kmart Now Carries Major Home Appliances
including America's #1 appliance brand, Kenmore ®
To find a Kmart store near you that sells major home
appliances, click on www.kmart.com/homeappliances.

Online Card Payments
Day or Night – Pay your Sears card bill online, anytime.
Sign on to searscard.com and choose the "Make a Payment"
menu to enroll today.

# SAVE A STAMP
## Make your payments in-store at Sears
while checking out the latest
styles and what's on sale.



**CERTIFICATE OF SERVICE**

I, the undersigned, hereby declare:

I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen and not a party to the within-entitled action. My business address is:  44 Montgomery Street, Suite 3010, San Francisco, CA 94104.

On July 15, 2011, I served a copy of the within document by electronic transmission.  I hereby certify that the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties on the electronic service list maintained for this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of July, 2011 at San Francisco, California.


        /s/ Tomio B. Narita
        Tomio B. Narita